UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD BRUN, | ) | 1:07-CV-00057 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER REGARDING PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS PURSUANT |
| v. | ) | TO 28 U.S.C. § 2241 |
| | ) | |
| JEFF WRIGLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 11, 2007, Petitioner filed the instant federal petition for writ of habeas corpus in this Court. Petitioner claimed the BOP is unlawfully denying him consideration for placement into a Residential Re-entry Center ("RRC") for the last six months of his fifteen month sentence.

On January 19, 2007, the undersigned issued an order granting the petition and directing Respondent to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. On March 5, 2007, Respondent filed a

notice with the Court stating he had complied with the order and reassessed Petitioner accordingly.

   Therefore, IT IS HEREBY ORDERED that the Clerk of Court enter judgment and close the case.

IT IS SO ORDERED.

**Dated:   June 5, 2007**          **/s/ Oliver W. Wanger**
                  UNITED STATES DISTRICT JUDGE